No. 11–5972.   THOMAS *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE BOARD ET AL.   Ct. App. Tex., 11th Dist.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 973] denied.

No. 11–6897.   ZORTMAN *v.* PENNSYLVANIA.   Sup. Ct. Pa.;

No. 11–7081.   COOK *v.* HUBIN ET AL.   Ct. App. D. C.;

No. 11–7148.   OTTO ET UX. *v.* HILLSBOROUGH COUNTY, FLORIDA.   Dist. Ct. App. Fla., 2d Dist.;

No. 11–7159.   GRAVES *v.* INDUSTRIAL POWER GENERATING CORP., DBA INGENCO.   C. A. 4th Cir.; and

No. 11–7305.   RICHARDSON *v.* GRAY ET AL.   C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until January 30, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.